**FILED**
August 23, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FELIX ROSALES-ANASTACIO, )<br>)<br>Defendant. ) | Case No. 2:10-cr-268 JAM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Relix Rosales-Anastacio</u>; Case   <u>2:10-cr-268 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured bond in the amount of $25,000, co-signed by Maria Pilar, which shall be replaced by a secured bond for all available equity in defendant's home by 9/7/2010; as well as, the posting of the title of defendant's GMC Suburban with the Clerk's Office by 8/27/2010.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>8/23/2010</u>   at   <u>2:55 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge