DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELIX ROSALES-ANASTACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-268 JAM |
| ) | |
| Plaintiff, ) | |
| ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| ) | |
| FELIX ROSALES-ANASTACIO, ) | Judge: John A. Mendez |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Fed.R.Crim.P. 43, defendant, FELIX ROSALES-ANASTACIO, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were

personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: October 30, 2010

                                                   */s/ Felix Rosales-Anastacio*
                                                  FELIX ROSALES-ANASTACIO
                                                  (Original retained by attorney)

I concur in Mr. Rosales-Anastacio's decision to waive his presence at future proceedings.

Dated: November 15, 2010            Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             */s/ Matthew C. Bockmon*
                                             MATTHEW C. BOCKMON
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             FELIX ROSALES-ANASTACIO

**IT IS SO ORDERED.**

Dated: November 15, 2010

                                             /s/ John A. Mendez
                                             JOHN A. MENDEZ
                                             United States District Judge