BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00268-JAM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| FELIX ROSALES-ANASTACIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Felix Rosales-Anastacio, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C.§ 982(a)(6)(A)(ii)(II) and 18 U.S.C. § 1028(b)(5), defendant Felix Rosales-Anastacio's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a)   One ACER Desktop Computer, serial number PTSAA0X0027380F7D82701;

    b)   One ACER LCD Monitor, serial number ETL640C2367380AD344044;

    c)   One Kodak Easyshare Digital Camera, model, M853;

    d)   Three HP Photosmart printers, serial numbers,

|     |    |                                                                 |
|----:|----|-----------------------------------------------------------------|
|  1  |    | CN79QNY0PV, CN88NHZ090, MY74GP32MZ;                             |
|  2  | e) | One ACER keyboard and mouse;                                    |
|  3  | f) | One Heat Laminator, model PL4A, serial number, AHK175959; and   |
|  4  |    |                                                                 |
|  5  | g) | Two SAN DISK Thumb drives.                                      |

2.  The above-listed property constitutes property used or intended to be used to commit and facilitate a violation of 18 U.S.C. § 1028(a)(1).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection, in its secure custody and control.

4.  a. Pursuant to 18 U.S.C. § 982(b)(1) and 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6)(A)(ii)(II) and 18 U.S.C. § 1028(b)(5), in which all interests will be addressed.

    SO ORDERED this 10th day of June, 2011.

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Judge